Nos. 15-3353, 15-3354, & 15-3355 (consolidated)

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

---

IN RE: VEHICLE CARRIER SERVICE

---

On Appeal from the United States District Court of the District of New Jersey,
No. 2:13-cv-3306 (Hon. Esther Salas)

---

## JOINT REPORT ADDRESSING STATUS OF PENDING POST-DECISION MOTIONS

Pursuant to the Clerk's October 9, 2015 order, the parties[1] submit this joint written report addressing the status of the pending motions before the district court.

---

[1] The parties submitting this motion are the Indirect Purchaser Plaintiffs-Appellants and Defendants-Appellees.  The Direct Purchaser Plaintiffs (Manaco International Forwarders, Inc., International Transport Management Corp., and Cargo Agents, Inc.) have not joined in the report.

The Indirect Purchaser Plaintiffs-Appellants include the End Purchaser Plaintiffs (namely, Jill M. Alban, Grant M. Alban, Mary Arnold, Al Baker, Katrina Bonar, Emmett R. Brophy, Steven Bruzonsky, Monica Bushey, Craig Buske, Doda "Danny" Camaj, Stephanie B. Crosby, Melinda Deneau, Jennifer Dillon, Jeffrey L. Gannon, Pamela Goessling, Thomas Goessling, Sean Gurney, Sheryl Haley, Lesley Denise Hart, Bruce Hertz, Elizabeth Ashley Hill nèe Edwards, Maria Kooken, Adair Lara, Christine Laster, Kori Lehrkamp, Michael Lehrkamp, John Leyva, Joan MacQuarrie, Daniel Morris, Tony Nikprelaj, Gustavo Adolfo Perez, Judy A. Reiber, Roberta Rothstein, Jeffrey Rubinstein, Alexandra Scott, Jason Smith, Catherine Taylor, Richard Tomasko, and Demian Vargas), the Auto Dealer Plaintiffs (namely, Martens Cars of Washington, Inc.; Hudson Charleston Acquisition, LLC d/b/a Hudson Nissan; John O'Neil Johnson Toyota, LLC; Hudson Gastonia Acquisition, LLC; HC Acquisition, LLC d/b/a Toyota of Bristol; Desert European Motorcars, Ltd; Hodges Imported Cars, Inc. d/b/a Hodges Subaru; Scotland Car Yard Enterprises d/b/a San Rafael Mitsubishi; Hartley Buick/GMC Truck, Inc. d/b/a Hartley Honda; Panama City Automotive Group, Inc. d/b/a John Lee Nissan; and Empire Nissan of Santa Rosa, LLC.), and the Truck & Equipment Dealer Plaintiffs (namely, Rush Truck Centers of Arizona, Inc.; Rush Truck Centers of California, Inc.; Rush Truck Centers of Colorado, Inc.; Rush Truck Centers of Florida, Inc.; Rush Truck Centers of Georgia, Inc.; Rush Truck Centers of Idaho, Inc.; Rush Truck Centers of Kansas, Inc.; Rush Truck Centers of North Carolina, Inc.; Rush Truck Centers of Ohio, Inc.; Rush Truck Centers of Oklahoma, Inc.; Rush Truck Centers of Texas, LP; and Rush Truck Centers of Utah, Inc.

The Defendants-Appellees collectively include Nippon Yusen Kabushiki Kaisha and NYK Line North America Inc. ("NYK Defendants"); Kawasaki Kisen Kaisha, Ltd. and "K" Line America, Inc. ("K Line Defendants"); Wallenius Wilhelmsen Logistics AS, Wallenius Wilhelmsen Logistics America LLC, and EUKOR Car Carriers, Inc. ("WWL/EUKOR Defendants"); Compañía Sud Americana de Vapores, S.A.

On August 28, 2015, the district court entered an order dismissing the plaintiffs' complaints with prejudice. (Dist. Doc. 276). On September 11, 2015, the Indirect Purchaser Plaintiffs filed a timely motion for reconsideration asking the district court to retain jurisdiction in order to effectuate settlement agreements that the Indirect Purchaser Plaintiffs and two defendants had reached prior to the August 28 order. (Dist. Doc. 278). The district court has not ruled on the motion for reconsideration.

Also pending before the district court is the Indirect Purchaser Plaintiffs' motion to vacate the judgment under Federal Rule of Civil Procedure 60(b), filed on November 4, 2015. (Dist. Doc. 299). The Defendants-Appellees filed their consolidated opposition on November 23, 2015. (Dist. Doc. 300). The Indirect Purchaser Plaintiffs' filed their reply brief on December 8, 2015. (Dist. Doc. 305). The district court has not ruled on the motion.

Dated: February 8, 2016                    Respectfully submitted,


                                           By: */s/ Warren T. Burns*
                                                Warren T. Burns

---

and CSAV Agency, LLC ("CSAV Defendants"); Höegh Autoliners AS and Höegh Autoliners, Inc. ("Höegh Defendants"); and Mitsui O.S.K. Lines, Ltd., Mitsui O.S.K. Bulk Shipping (U.S.A.), Inc. and World Logistics Service (U.S.A.) Inc. ("MOL Defendants").

Warren T. Burns
Daniel H. Charest
Will Thompson
**BURNS CHAREST LLP**
500 North Akard, Suite 2810
Dallas, Texas 75201
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com
wthompson@burnscharest.com

Korey A. Nelson
Elizabeth A. Roché
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Facsimile: 504-881-1765
knelson@burnscharest.com
eroche@burnscharest.com

Hollis Salzman
Bernard Persky
Meegan Hollywood
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone:  (212) 980-7400
Facsimile:  (212) 980-7499
hsalzman@robinskaplan.com
bpersky@robinskaplan.com
mhollywood@robinskaplan.com

Joseph W. Cotchett
Steven N. Williams
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Proposed Interim Co-Lead Counsel for End-Payor Plaintiff*

James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Proposed Interim Liaison Counsel for End-Payor Plaintiffs*

Peter S. Pearlman
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 Plaza West One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Telephone:(201) 845-9600
 psp@njlawfirm.com

*Automobile Dealer Liaison Counsel*

Eric R. Breslin
**DUANE MORRIS LLP**
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, New Jersey 07102
Telephone: (973) 424-2063
erbreslin@duanemorris.com

Wayne A. Mack
J. Manly Parks
Andrew Sperl
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, Pennsylvania 19103
wamack@duanemorris.com
jmparks@duanemorris.com
arsperl@duanemorris.com

*Truck and Equipment Dealer Plaintiff Counsel*

3

Jonathan W. Cuneo
Joel Davidow
Katherine Van Dyck
Daniel Cohen
**CUNEO GILBERT & LADUCA, LLP**
507 C Street NE
Washington, D.C. 20002
Telephone: (202) 789-3960
jcuneo@cuneolaw.com
joel@cuneolaw.com
kvandyck@cuneolaw.com
danielc@cuneolaw.com

Benjamin D. Elga
**CUNEO GILBERT & LADUCA, LLP**
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: (202) 789-3960
belga@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON • KING, LLP**
2800 Wells Fargo Place 30 East
Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

*Automobile Dealer Interim Co-Lead Counsel*

/s/ Roberto A. Rivera-Soto (with permission)
Roberto A. Rivera-Soto
Stephen J. Kastenberg
Jason A. Leckerman
**BALLARD SPAHR LLP**
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
210 Lake Drive East – Suite 200
Cherry Hill, New Jersey 08002-1163
Telephone:  (856) 761-3400
riverasotor@ballardspahr.com
kastenberg@ballardspahr.com
leckermanj@ballardspahr.com

Benjamin F. Holt
**HOGAN LOVELLS US LLP**
Columbia Square
555 Thirteenth St., N.W.
Washington, D.C. 20004
Telephone:  (202) 637-5600
benjamin.holt@hoganlovells.com

*Counsel for Defendants-Appellees Wallenius Wilhelmsen Logistics AS, Wallenius Wilhelmsen Logistics America LLC, and EUKOR Car Carriers, Inc.*

/s/ John R. Fornaciari (with permission)
John R. Fornaciari
Robert M. Disch
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
Telephone:  202-861-1612
jfornaciari@bakerlaw.com
rdisch@bakerlaw.com

*Counsel for Defendants-Appellees Nippon Yusen Kabushiki Kaisha and NYK Line North America Inc.*

/s/ Mark W. Nelson (with permission)
Mark W. Nelson
Jeremy Calsyn
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  202-974-1500
mnelson@cgsh.com
jcalsyn@cgsh.com

*Counsel for Defendants-Appellees Kawasaki Kisen Kaisha, Ltd. And "K" Line America, Inc.*

/s/ Steven F. Cherry (with permission)
Steven F. Cherry
Todd F. Braunstein
**WILMER, CUTLER, PICKERING, HALE & DORR LLP**
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Steven.Cherry@wilmerhale.com
Todd.Braunstein@wilmerhale.com

*Counsel for Defendants-Appellees Compañía Sud Americana de Vapores, S.A. and CSAV Agency, LLC*

/s/ Melissa H. Maxman (with permission)
Melissa H. Maxman
**COZEN O'CONNOR PC**
1200 19th Street, N.W.
Washington, D.C. 20036
Telephone:  202-912-4873
mmaxman@cozen.com

*Counsel for Defendants-Appellees Höegh Autoliners AS and Höegh Autoliners, Inc.*

/s/ James L. Cooper (with permission)
James L. Cooper
Anne P. Davis
Adam M. Pergament
**ARNOLD & PORTER LLP**
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 942-5000
james.cooper@aporter.com
anne.davis@aporter.com
adam.pergament@aporter.com

*Counsel for Defendants-Appellees Mitsui O.S.K. Lines, Ltd., Mitsui O.S.K. Bulk Shipping (U.S.A.), Inc., World Logistics Service (U.S.A.) Inc., and Nissan Motor Car Carrier Co., Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that on February 8, 2016, a true and correct copy of the foregoing instrument was filed with the Third Circuit Court of Appeals via the Court's CM/ECF system, thereby causing copies to be electronically served upon all counsel of record.

*/s/ Warren T. Burns*
Warren T. Burns
